FILED: August 17, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7755 (L)
(1:13-cr-00435-TDS-1)
(1:17-cv-01036-TDS-JLW)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

BRIAN DAVID HILL

  Defendant - Appellant

_____

No. 20-6034
(1:13-cr-00435-TDS-1)
(1:17-cv-01036-TDS-JLW)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

BRIAN DAVID HILL

  Defendant – Appellant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Chief Judge Gregory, Judge Diaz, and Judge Harris.

        For the Court

        /s/ Patricia S. Connor, Clerk